THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BARMORE, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

ALICE H. SULLIVAN, Respondent, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.